UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| WATSEKA FARMERS GRAIN COOPERATIVE COMPANY, an Illinois cooperative corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>FCSTONE GROUP, INC., an Iowa corporation, MICHAEL WANNINGER, an individual, CHARLES CAMERON, an individual,<br><br>       Defendants,<br><br>FCSTONE GROUP, INC., an Iowa corporation,<br><br>       Counterclaim Plaintiff/<br>       Third Party Plaintiff,<br><br>vs.<br><br>WATSEKA FARMERS GRAIN COOPERATIVE COMPANY an Illinois cooperative corporation,<br><br>       Counterclaim Defendant,<br><br>and<br><br>WATSEKA INTERSTATE LLC,<br><br>       Third Party Defendant. | No1. 2:06-cv-02104-MPM-DGB<br><br>ORDER OF DISMISSAL |

This matter coming forth on the Stipulation of and Dismissal with Prejudice Under Rule 41(a)(1) [41] agreed to by Watseka Farmers Grain Cooperative Company, FCStone, LLC, incorrectly named herein as FCStone Group, Inc., Michael Wanninger, and Watseka Interstate LLC, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the stipulation [41] is approved and this action, including the initial complaint, all counterclaims, third party claims, and cross claims, is hereby dismissed with prejudice, with each party to bear its own costs.

IT IS FURTHER ORDERED that the original Interpleader Bond that was submitted by FCStone Group, Inc. and received by the Court on December 6, 2006, Bond No. IL 34000, shall be released and returned to counsel for FCStone Group, Inc.

ENTER this 21st day of May, 2007

                                                  s/ DAVID G. BERNTHAL
                                                  U.S. MAGISTRATE JUDGE